UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.* ) | |
| ) | |
| Plaintiffs ) | Case No. 3:05-0217 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, ) | |
| an agency of the United States; and Lieutenant General ) | |
| Robert B. Flowers, Commander of the Corps; ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, an agency of the United ) | |
| States; and Stephen L. Johnson, Acting Administrator, ) | |
| United States Environmental Protection Agency ) | |
| ) | |
| Defendants ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 26) filed by the defendants is **GRANTED**.

It is so ordered.

Enter this 1st day of December 2005.

ALETA A. TRAUGER
United States District Judge